GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
(973) 360-7900
(973) 301-8410 (fax)
Philip R. Sellinger
Todd L. Schleifstein

Attorneys for Defendants
Cellco Partnership d/b/a Verizon Wireless,
Ryan Broomes, Jorge Velez, Anthony Fiocco,
and Bruno Pavlicek

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN TOUCH CONCEPTS, INC., d/b/a ZCOM,<br><br>                              Plaintiff,<br><br>                - against -<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, *et al.*,<br><br>                             Defendants. | 12 Civ. 542 (PGS) (TJB)<br><br><br>**NOTICE OF MOTION**<br><br><br>**Oral Argument Requested** |

TO:    Michael W. Kennedy, Esq.        ARTHUR RUSSELL, ESQ.
         THE LAW FIRM OF RAVI BATRA    661 Franklin Avenue
         The Batra Building                          Nutley, New Jersey 07110
         142 Lexington Avenue                 Attorney for Defendant
         New York, New York 10016            Ajay Bhumitra
         Attorneys for Plaintiff

         Leonard F. Lesser, Esq.             Jeremy D. Frey, Esq.
         SIMON LESSER PC                   PEPPER HAMILTON LLP
         420 Lexington Avenue                 3000 Two Logan Square
         New York, New York 10170            18th & Arch Streets
         Attorneys for Defendants              Philadelphia, Pennsylvania 19103
           Shelly Bhumitra and               Attorneys for Defendant
           Poonam Sawhney                    Thomas Varghese

PLEASE TAKE NOTICE that, on September 4, 2012, defendants Cellco Partnership d/b/a Verizon Wireless, Ryan Broomes, Jorge Valez, Anthony Fiocco and Bruno Pavlicek (collectively, the "VZW Defendants") shall move before the Honorable Peter G. Sheridan at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building and U.S. Courthouse, Courtroom 7W, Trenton, New Jersey 08608, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the First Amended Complaint of Plaintiff In Touch Concepts, Inc., d/b/a/ ZCom for failure to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that in support of their motion, the VZW Defendants will rely upon the Brief submitted herewith.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 78.1(b), the VZW Defendants request oral argument on their motion.

/s/ Philip R. Sellinger
Philip R. Sellinger
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410

Attorneys for Defendants
Cellco Partnership d/b/a Verizon Wireless,
Ryan Broomes, Jorge Velez, Anthony Fiocco,
and Bruno Pavlicek

Dated: June 22, 2012

2