# EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN TOUCH CONCEPTS, INC., d/b/a ZCOM,

       *Plaintiff,*

       -against-

(1) CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS, (2) TOM
VERGHESE, (3) RYAN BROOMES,
(4) JORGE VELEZ, (5) ANTHONY
FIOCCO, (6) BRUNO PAVLICEK, (7)
AJAY BHUMITRA; (8) SHELLY
BHUMITRA, (9) POONAM SAWNHEY;
and, (10) JOHN/JANE DOE CELLCO
PARTNERSHIP d/b/a VERIZON
WIRELESS PERSONNEL ## 1-10, so
named as their identities have yet to be
established,

       *Defendants*

**DOCKET NO.
12-CV-00542 (PGS) (TJB)**

# FIRST AMENDED COMPLAINT

# EXHIBIT 10



# UNITED STATES
# POSTAL SERVICE™

Date: 08/02/2011

Fax Transmission To: T S
Fax Number: 212-545-0967

Dear: T S:

The following is in response to your 08/02/2011 request for delivery information on your
Express Mail(R) item number EI07 5326 071U S. The delivery record shows that this item
was delivered on 06/21/2011 at 09:45 AM in HICKSVILLE, NY 11801 to R KMURHNA. The scanned
image of the recipient information is provided below.

Signature of Recipient:

RANIT KHURHNA

Address of Recipient: 100 W Nicholai st

Thank you for selecting the Postal Service for your mailing needs. If you require
additional assistance, please contact your local Post Office or postal representative.

Sincerely

United States Postal Service

TLFRB  000001

Zcom v. VZW, et. al., Exhibit 10   000001



TLERB_000002

Zcom v. VZW, et. al., Exhibit 10   000002

Mr. Victor Singh,

Unfortunately I have been close to Shelly on both work and personal level so I have been witness to all his wrong doings, unethical practices, vindictive traits and unfaithfulness. I know about all the allegations that he put on you and your company and want to expose few things to you –

1. Ajay and Shelly have major personal grudges and agenda against you and all they want is to break down your company by breaking your agents and also blacklisting you with Verizon Wireless.
2. Shelly already has Sprint stores and Metro PCS stores through his brother (Ajay Bhumitra) company Mobileistic
3. His intention is to convert his ZCom store and other agents stores to Sprint to make his brother footprint in Sprint more stronger and to break your sub agents
4. He has been bribing your internal staff members to get all confidential information and misusing it against you
5. He has been bribing certain Verizon Wireless officials
6. He is planning to get direct Verizon Wireless store in west coast along with his brother and Harpreet Kataria
7. He is making a union with your sub agents who are fraudulent like him and going to convert to Sprint as you are not letting them open more stores with you
8. He bribes vendors also to make false invoices and get paid through there company
9. He also runs a phone wholesale business through the Zcom store in Bluepoint and supplies used and stolen phones to few of your sub agents

I have sent the documents to certain Verizon Wireless high officials including the investigator Bruno. He has financially and emotionally screwed so many individuals and one of them is me and this is my chance to expose the truth about him. I hope this helps you.

All the best,

Anonymous Benefactor

TLFRB 000003



shelly bhumitra
shelly_fandango@hotmail.com

- Change picture
- View profile

To Sonu Sharma(Panditji) Gautam
From: shelly bhumitra (shelly_fandango@hotmail.com)
Sent: Fri 5/13/11 2:03 PM
To:   Sonu Sharma(Panditji) Gautam (soumya_sharma09@yahoo.com)
Hi Sonny,
Hope all is well with and your lovely wife. I need to see some pictures of her and the whole family. You have to us
Please give this to your Dad as soon as possible.
This picture is of Vikas Singh Dhal. Age 44.

◻ shelly bhumitra



shelly bhumitra
shelly_fandango@hotmail.com

- Change picture
- View profile

To mike kelly
From: **shelly bhumitra** (shelly_fandango@hotmail.com)
Sent: Wed 5/11/11 6:53 PM
To:   mike kelly (mike.kelly@sprint.com)
Hi Mike,
I have a location that we once spoke about and I am ready to go ahead and convert it to Sprint. If you can get me
38 montauk Hwy,
Bluepoint, NY.

Presently its a Zcomm location and does appx 200 plus opsThe other location is :-

121-40
Main Street, Mattituck,
NY

Please call me if you need further info.

Best regards,

TLFRB   000004



✕ shelly_fandango@hotmail.com

**shelly bhumitra**
**shelly_fandango@hotmail.com**

- **Change picture**
- **View profile**

**To Sonu Sharma(Panditji) Gautam**
From shelly bhumitra (shelly_fandango@hotmail.com)
Sent: Sat 8/28/10 8:06 PM
To:  Sonu Sharma(Panditji) Gautam (soumya_sharma09@yahoo.com)
http://www.facebook.com/album.php?aid=-3

Gautam ji this the photo of Vikas Dahl. He is the one I am having some issues with. Plea

Best regards,

Shelly Bhumitra

Cell: 631-747-8588

shelly_fandango@hotmail.com

shelly bhumitra



**shelly bhumitra**
**shelly_fandango@hotmail.com**

- **Change picture**
- **View profile**

TLFRB  000005



Shelly Bhumitra <bhumitrashelly@gmail.com>

## FW: As we discussed today

4 messages

---

**Pavlicek, Bruno <Bruno.Pavlicek@verizonwireless.com>**
To: "bhumitra.shelly@gmail.com" <bhumitra.shelly@gmail.com>

Mon, Apr 11, 2011 at 5:03 PM

---

**From:** Pavlicek, Bruno
**Sent:** Monday, April 11, 2011 4:45 PM
**To:** 'bhumitra.shelley@gmail.com'
**Subject:** As we discussed today

Mr. Bhumitra,

Below is my information.

As I stated, we our simply conducting an internal review of our processes and staff.

If you have any further questions or if there is something else that you wish to share or discuss that you initially did not feel comfortable talking about, feel free to call me. Otherwise, I thank you for your time today and thank you for dealing with Verizon Wireless.

**Bruno Pavlicek / Senior Investigator**

Corporate Security & BCDR

Legal & External Affairs Department

Verizon Wireless

One Verizon Way, VC51N042

Basking Ridge, NJ 07920

**Desk:** 908-559-7385

**Fax:** 908-559-7118

**Email:** Bruno.Pavlicek@Verizonwireless.com

TLFRB  000006

https://mail.google.com/mail/?ui=2&ik=7aa05d98a8&view=pt&s



The information contained in this message and any attachment is confidential and may be privileged or subject to the work product doctrine and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting this message and all copies and backups thereof. Thank you.

This e-mail message and any attachments are being sent by Verizon Wireless Legal Department and are confidential and may be privileged. If you are not the intended recipient, please notify us immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.

---

**Shelly Bhumitra <bhumitrashelly@gmail.com>**
To: andysnyl@gmail.com

Mon, Apr 11, 2011 at 5:13 PM

---------- Forwarded message ----------
From: Pavlicek, Bruno <Bruno.Pavlicek@verizonwireless.com>
Date: Mon, Apr 11, 2011 at 5:03 PM
Subject: FW: As we discussed today
To: "bhumitra.shelly@gmail.com" <bhumitra.shelly@gmail.com>

From: Pavlicek, Bruno
Sent: Monday, April 11, 2011 4:45 PM
To: 'bhumitra.shelley@gmail.com'
Subject: As we discussed today

Mr. Bhumitra,

Below is my information.

As I stated, we our simply conducting an internal review of our processes and staff.

TLFRB   000007

Zcom v. VZW, et. al., Exhibit 10   000007

If you have any further questions or if there is something else that you wish to share or discuss that you initially did not feel comfortable talking about, feel free to call me. Otherwise, I thank you for your time today and thank you for dealing with Verizon Wireless.

**Bruno Pavlicek / Senior Investigator**

Corporate Security & BCDR

Legal & External Affairs Department

Verizon Wireless

One Verizon Way, VC51N042

Basking Ridge, NJ 07920

**Desk:** 908-559-7385

**Fax:** 908-559-7118

**Email:** Bruno.Pavlicek@Verizonwireless.com



The information contained in this message and any attachment is confidential and may be privileged or subject to the work product doctrine and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting this message and all copies and backups thereof. Thank you.

This e-mail message and any attachments are being sent by Verizon Wireless Legal Department and are confidential and may be privileged. If you are not the intended recipient, please notify us immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.

---

Shelly Bhumitra <bhumitrashelly@gmail.com>                    Mon, Apr 11, 2011 at 5:44 PM
To: ajay@arjaywireless.com

---------- Forwarded message ----------
From: **Shelly Bhumitra** <bhumitrashelly@gmail.com>
Date: Mon, Apr 11, 2011 at 5:13 PM
Subject: Fwd: FW: As we discussed today
To: andysnyl@gmail.com

TLFRB  000008

Zcom v. VZW, et. al., Exhibit 10   000008

---------- Forwarded message ----------
From: Pavlicek, Bruno <Bruno.Pavlicek@verizonwireless.com>
Date: Mon, Apr 11, 2011 at 5:03 PM
Subject: FW: As we discussed today
To: "bhumitra.shelly@gmail.com" <bhumitra.shelly@gmail.com>

From: Pavlicek, Bruno
Sent: Monday, April 11, 2011 4:45 PM
To: 'bhumitra.shelley@gmail.com'
Subject: As we discussed today

Mr. Bhumitra,

Below is my information.

As I stated, we our simply conducting an internal review of our processes and staff.

If you have any further questions or if there is something else that you wish to share or discuss that you initially did not feel comfortable talking about, feel free to call me. Otherwise, I thank you for your time today and thank you for dealing with Verizon Wireless.

**Bruno Pavlicek / Senior Investigator**

Corporate Security & BCDR

Legal & External Affairs Department

Verizon Wireless

One Verizon Way, VC51N042

Basking Ridge, NJ 07920

Desk: 908-559-7385

Fax: 908-559-7118

Email: Bruno.Pavlicek@Verizonwireless.com

TLFRB  000009

Zcom v. VZW, et. al., Exhibit 10   000009



The information contained in this message and any attachment is confidential and may be privileged or subject to the work product doctrine and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting this message and all copies and backups thereof. Thank you.

This e-mail message and any attachments are being sent by Verizon Wireless Legal Department and are confidential and may be privileged. If you are not the intended recipient, please notify us immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.

---

abhumitra@arjaywireless.com <abhumitra@arjaywireless.com>                    Mon, Apr 11, 2011 at 9:14 PM
Reply-To: abhumitra@arjaywireless.com
To: Shelly Bhumitra <bhumitrashelly@gmail.com>

Wow

Ajay Bhumitra

**From:** Shelly Bhumitra <bhumitrashelly@gmail.com>
**Date:** Mon, 11 Apr 2011 17:44:58 -0400
**To:** <ajay@arjaywireless.com>
**Subject:** Fwd: FW: As we discussed today

---------- Forwarded message ----------
**From:** Shelly Bhumitra <bhumitrashelly@gmail.com>
**Date:** Mon, Apr 11, 2011 at 5:13 PM
**Subject:** Fwd: FW: As we discussed today
**To:** andvsnyi@gmail.com

---------- Forwarded message ----------
**From:** Pavlicek, Bruno <Bruno.Pavlicek@verizonwireless.com>
**Date:** Mon, Apr 11, 2011 at 5:03 PM
**Subject:** FW: As we discussed today
**To:** "bhumitra.shelly@gmail.com" <bhumitra.shelly@gmail.com>

TLFRB  000010

http://bl165w.blu165.mail.live.com/mail/PrintMessages.aspx?cpids

## Locations for Approval as Discussed.

**From: shelly bhumitra** (shelly_fandango@hotmail.com)
Sent:  Thu 5/05/11 11:41 PM
To:   mike kelly (mike.kelly@sprint.com)
Cc:   Ajay Bhumitra (abhumitra@arjaywireless.com)

Dear Mike,
It was nice to see you and Eric at Max's the other day. Below is the list of locations we discussed for possible approval to convert in to Sprint Stores.
Please review and let me know which of the locations are acceptable for the conversion.

Zcom Of Centeeach
203 Centereach Mall
Centereach, NY-11720

Zcom Of Nesconset
248 Smithtown Blvd
Nesconset, NY-11767

Zcom Of East Setauket
1378 Rt 25A
East Setauket, NY-11733

Zcom Of Atoria
34-16 30th Ave Between 34th & 35th street
Astoria, NY-11103

Zcom Of UnionSquare
319 East 14th street Between 1st & 2nd
New York, NY-10003

Zcom Of Coram
350 C Middle Country RD
Coram, NY 11727

Zcom Bluepoint,
38 Montauk Hwy,
Bluepoint, NY 11715

Zcom Mattituck.
12140 main Road,
Mattituck,NY

Best regards,

TLFRB  000011

Zcom v. VZW, et. al., Exhibit 10   000011

Windows Live Hotmail Print Message

Shelly Bhumitra

Cell: 631-747-8588

shelly_fandango@hotmail.com

TLFRB  000012
6/17/201

Zcom v. VZW, et. al., Exhibit 10   000012

## Re: verizon locations

From: abhumitra@arjaywireless.com
Sent: Mon 4/25/11 4:59 PM
To:   'Shelly Bhumitra' (shelly_fandango@hotmail.com)

Did send this to Mike Kelly

Ajay Bhumitra

From: shelly bhumitra <shelly_fandango@hotmail.com>
Date: Mon, 25 Apr 2011 16:53:40 +0000
To: Ajay Bhumitra <abhumitra@arjaywireless.com>
Subject: FW: verizon locations

Two possible locations for the Sprint store. Will keep you informed.

Best regards,

Shelly Bhumitra

Cell: 631-747-8588

shelly_fandango@hotmail.com

Date: Mon, 25 Apr 2011 12:38:27 -0400
From: lisa@nextel347.com
Subject: verizon locations
To: shelly_fandango@hotmail.com

Here are the Verizon Store locations:

Reachout Wireless Inc

38 Montauk Highway

Blue Point, NY 11715

Love Lane wireless

TLFRB 000013

Zcom v. VZW, et. al., Exhibit 10   000013

Windows Live Hotmail Print Message

http://bl165w.blu165.mail.live.com/mail/PrintMessages.aspx?cpids=

50 Love Lane

Mattituck, NY  11952

TLFRB  000014

6/12/2011

Zcom v. VZW, et. al., Exhibit 10   000014

## Re: ***white iPhone***

**From:** **Abhi Merchant** (armerchant9@gmail.com)
**Sent:** Tue 5/03/11 12:28 PM
**To:** Shelly (shelly_fandango@hotmail.com)

Perfect Shelly. That's fine. I am sure it will be activated. I will give him 5 Esn's & also give then to Harpreet. Anyways, if any of them ask you- just tell them- I am also buying iPhones from Abhi, just bought few from him as we are NOT pushing iPhones a lot.
Also, as per Abhi, many other Zcom Verizon stores are also buying from him, I don't know who. I am sure there is NO commission issues so only they are iPhones repeatedly from him... :-)

Thanks.

Abhi Merchant
Universal Cellular Merchants
M) +1.516.532.3206
BB Pin: 3297S5EE

Sent from my Blackberry

**From:** shelly bhumitra <shelly_fandango@hotmail.com>
**Date:** Tue, 3 May 2011 12:19:03 +0000
**To:** Abhi Merchant <armerchant9@gmail.com>
**Subject:** RE: ***white iPhone***

I had a long talk with Jessie last nite and he wants you to give him 5 ESN so that he can call his Rep form Verizon and see if he will get paid on the phones. If its ok then we should not have a problem moving forward.

Best regards,

Shelly Bhumitra

Cell: 631-747-8588

shelly_fandango@hotmail.com

Subject: Re: ***white iPhone***
To: shelly_fandango@hotmail.com
From: armerchant9@gmail.com
Date: Tue, 3 May 2011 12:12:29 +0000

TLFRB  000015

Zcom v. VZW, et. al., Exhibit 10   000015

http://bl165w.blu165.mail.live.com/mail/PrintMessages.aspx?cpid:

That's bad. :-(
Abhi Merchant
Universal Cellular Merchants
M) +1.516.532.3206
BB Pin: 329755EE

Sent from my Blackberry

**From:** shelly bhumitra <shelly_fandango@hotmail.com>
**Date:** Tue, 3 May 2011 12:06:30 +0000
**To:** Abhi Merchant<armerchant9@gmail.com>
**Subject:** FW. ***white iPhone***

Abhi please read this.

Best regards,

Shelly Bhumitra

Cell: 631-747-8588

shelly_fandango@hotmail.com

Subject: ***white iPhone***
Date: Mon, 2 May 2011 16:39:31 -0400
From: updates@intouch-concepts.com
To: victor@intouch-concepts.com
CC: shailendra@intouch-concepts.com; pat@intouch-concepts.com; Scott@intouch-concepts.com; meeta@intouch-concepts.com; sarita@intouch-concepts.com; keith@intouch-concepts.com; ritika@intouch-concepts.com; ahmad@intouch-concepts.com; Ray@intouch-concepts.com; Sameer@intouch-concepts.com; john@intouch-concepts.com; Anthony@intouch-concepts.com; agentsupport@intouch-concepts.com

Valued ZCom Premium Retailers,

Under NO circumstances can you purchase iPhones from alternate sources, nor can you purchase WHITE iPhones from ANY source.

We are only authorized to sell the iPhones available from Wireless Media.

Any activation of non-approved equipment will result in non-payment of commissions and potential loss your code for serious infractions.

TLFRB  000016
6/17/2011

Zcom v. VZW, et. al., Exhibit 10   000016

Gmail - Universal Cellular Merchants                    https://mail.google.com/mail/?ui=2&ik=7aa0509add&view...



Shelly Bhumitra <bhumitrashelly@gmail.com>

## Universal Cellular Merchants

1 message

Thu, Mar 3, 2011 at 1:59 PM

Shelly Bhumitra <bhumitrashelly@gmail.com>
To: starcommunicationstx@yahoo.com
Cc: Abhi Merchant <armerchant9@gmail.com>

Hello Mike,
This is Shelly Bhumitra, I just spoke to you referring Arjay Wireless.

I am a Wholesaler and basically I sell All the GSM phones & also CDMA phones. I have access nearly to about
50 Verizon Stores & 25 Sprint stores, so buy a lot of these phones also. We buy accessories & Blue-tooths
directly from Blackberry, Motorola, Samsung & Nokia, so I will make sure I give you the Best price on
Accessories & Bluetooths if you deal with them.
I also have great deals on All RB phones.

Abhi Merchant, the one cc'd on the e-mail, is the Operations Manager & the Key-guy of my company.

Pls send me All the Offers of GSM , CDMA, Refurbished & A-stock phones you have.
I hope for a great business with you brother.

Thank you very much

Shelly Bhumitra
**Universal Cellular Merchants**
P) +1.631.747.8588
O) +1.631.868.3515
**BB Pin: 329755EE**

TLFRB  000017 6/17/201

Zcom v. VZW, et. al., Exhibit 10   000017

Gmail - Myvoicecomm Back Order Notification - Reachout Wireless Inc    https://mail.google.com/mail/?ui=2&ik=7aa0b9ea6a&view=pt&q=s



Shelly Bhumitra <bhumitrashelly@gmail.com>

## Myvoicecomm Back Order Notification - Reachout Wireless Inc

1 message

mattembrey@myvoicecomm.com <mattembrey@myvoicecomm.com>          Thu, Mar 17, 2011 at 10:00 AM
Reply-To: mattembrey@myvoicecomm.com
To: bhumitra.shelly@gmail.com



Dear Shelly:

This email is to inform you of the backorder item(s) from your recent order #: 140463 which shipped to:

Shelly Bhumitra
Sprint Wireless
2302-a Nesconset Hwy
Stonybrook, NY 11790

| Item | Desc | Backorder Amount |
|---|---|---|
| OTTERBOX CASES:OBHTCINC | HTC XV6300/ADR6300/DROID INCREDIBLE OTTERBOX DEFENDER CASE RETAIL PACKAGED (660543005506) | 1 |
| LSHIELD:CRLGVS740WTFLBF | LG VS740/ALLY CRYSTAL CASE - RUBBERIZED WHITE FLOWER & BUTTERFLY | 4 |

If you would like to keep these item(s) on backorder, please call me at (800) 803-1321 at your earliest convenience.

We appreciate your business and look forward to servicing you in the future.

Thanks,
Matt

**We Hate Spam Too:** This notification is being sent to you based on your recent order.

TLFRB  000018
6/17/2011

Zcom v. VZW, et. al., Exhibit 10   000018



Shelly Bhumitra <bhumitrashelly@gmail.com>

## My Resume

1 message

Fri, Mar 4, 2011 at 12:17 PM

Raymond Patterson <raypatterson@inbox.com>
To: bhumitra.shelly@gmail.com

Shelly,

I really appreciate your help.

Ray

Publish your photos in seconds for FREE
TRY IM TOOLPACK at http://www.imtoolpack.com/default.aspx?rc=if4

Raymond Patterson Resume  2011.doc
32K

Zcom v. VZW, et. al., Exhibit 10   000019



Shelly Bhumitra <bhumitrashelly@gmail.com>

## 2010 Info

3 messages

raymond patterson <dlesei.45@hotmail.com>                                     Tue, Mar 1, 2011 at 12:22 PM
To: bhumitra.shelly@gmail.com

13 attachments

daily report as of 01-31-10.xls
55K

daily report as of 2-28-10.xls
43K

daily report as of 03-31-10.xls
112K

daily report as of 04-30-10.xls
69K

daily report as of 05-31-10.xls
96K

daily report as of 06-30-10.xls
66K

daily report as of 07-31-10.xls
115K

daily report as of 08-30-10.xls
44K

daily report as of 09-30-10.xls
44K

daily report as of 10-30.xls
52K

daily report as of 10-31-10.xls
95K

daily report as of 11-30-10.xls
56K

daily report as of 12-31-10.xls
67K

Shelly Bhumitra <bhumitrashelly@gmail.com>                                     Tue, Mar 1, 2011 at 2:53 PM
To: Abhi Merchant <armerchant9@gmail.com>

TLFRB   000020

Zcom v. VZW, et. al., Exhibit 10   000020

Gmail - 2010 Info

---------- Forwarded message ----------
From: raymond patterson <diesel.45@hotmail.com>
Date: Tue, Mar 1, 2011 at 12:22 PM
Subject: 2010 Info
To: bhumitra.shelly@gmail.com

13 attachments

daily report as of 01-31-10.xls
55K

daily report as of 2-28-10.xls
43K

daily report as of 03-31-10.xls
112K

daily report as of 04-30-10.xls
69K

daily report as of 05-31-10.xls
96K

daily report as of 06-30-10.xls
66K

daily report as of 07-31-10.xls
115K

daily report as of 08-30-10.xls
44K

daily report as of 09-30-10.xls
44K

daily report as of 10-30-10.xls
52K

daily report as of 10-31-10.xls
95K

daily report as of 11-30-10.xls
56K

daily report as of 12-31-10.xls
67K

Shelly Bhumitra <bhumitrashelly@gmail.com>
To: jlgishmehta@gmx.com

Tue, Mar 1, 2011 at 7:19 PM

[Quoted text hidden]

13 attachments

TLFRB  000021

Zcom v. VZW, et. al., Exhibit 10   000021

Gmail - 2010 Info

https://mail.google.com/mail/?ui=2&ik=7aa05d98a8&view=pt&q=ui

    daily report as of 01-31-10.xls
    55K

    daily report as of 2-28-10.xls
    43K

    daily report as of 03-31-10.xls
    112K

    daily report as of 04-30-10.xls
    69K

    daily report as of 05-31-10.xls
    96K

    daily report as of 06-30-10.xls
    66K

    daily report as of 07-31-10.xls
    115K

    daily report as of 08-30-10.xls
    44K

    daily report as of 09-30-10.xls
    44K

    daily report as of 10-30.xls
    52K

    daily report as of 10-31-10.xls
    95K

    daily report as of 11-30-10.xls
    56K

    daily report as of 12-31-10.xls
    67K

TLFRB  000022

Zcom v. VZW, et. al., Exhibit 10   000022



Shelly Bhumitra <bhumitrashelly@gmail.com>

## feb 2011

1 message

raymond patterson <diesel.45@hotmail.com>                          Fri, Mar 4, 2011 at 1:49 PM
To: bhumitra.shelly@gmail.com

here you go and thanks again!

2 attachments

ITC_Scorecard_-_(02-28-2011)(1).xls
373K

ITC HPC.xls
18K

TLFRB  000023

Zcom v. VZW, et. al., Exhibit 10   000023



# Bluepoint Wireless

3 messages

**Richard Searles <rsearles@rs-architect.net>**                    Thu, May 12, 2011 at 11:42 AM
To: bhumitra.shelly@gmail.com

Shelly:

Attached is the PDF of the floor plan for the above location.

Let me know if this is all you need.

Rick

CD-fp A-2 (1).pdf
549K

**Shelly Bhumitra <bhumitrashelly@gmail.com>**                    Thu, May 12, 2011 at 2:06 PM
To: michael.t.kelly@sprint.com

Here we go sir....

[Quoted text hidden]

CD-fp A-2 (1).pdf
549K

**Shelly Bhumitra <bhumitrashelly@gmail.com>**                    Fri, May 13, 2011 at 9:45 AM
To: michael.t.kelly@sprint.com

Mike this the floor plan for the BLUEPOINT Store. 38 Montauk Hwy,
Bluepoint, NY

[Quoted text hidden]

TLFRB  000024
6/17/2011 4

Zcom v. VZW, et. al., Exhibit 10   000024

(Green is iDen and Blue is CDMA)  Please assess for yourself and advise before we proceed.


MK

**From:** Shelly Bhumitra [mailto:bhumitrashelly@gmail.com]
**Sent:** Thursday, May 12, 2011 10:54 AM
**To:** Kelly, Michael [BMG]
**Subject:** Fwd: Verizon Pics

[Quoted text hidden]

This e-mail may contain Sprint Nextel proprietary information intended for the sole use of the recipient(s). Any use by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies of the message.

Book1.xlsx
4108K

Shelly Bhumitra <bhumitrashelly@gmail.com>                          Fri, May 13, 2011 at 9:42 AM
To: "Kelly, Michael [BMG]" <Michael.T.Kelly@sprint.com>

Mike,
If Mattituck is not a viable project to pursue then lets get the go ahead on 38 Montauk Hwy. Bluepoint, NY. This is the free standing building and the number one store. It does app 200 plus ops a month and has been consistent for the past 5 years.
If you can get me the approval we can proceed fairly quickly and capture the season.
Please revert.
Shelly.
PS. The floor plan from the Architect is the one for this location. BLUEPOINT.
Shelly

[Quoted text hidden]

TLFRB  000025
2/7/2011

Zcom v. VZW, et. al., Exhibit 10   000025



Zcom v. VZW, et. al., Exhibit 10   000026

Gmail - Verizon Pics

https://mail.google.com/mail/?ui=2&ik=7aa05d98a8&view=pt&q=s}



IMAG0135.jpg
1548K



IMAG0136.jpg
1520K



IMAG0137.jpg
1599K



IMAG0138.jpg
1279K



IMAG0139.jpg
1360K

Fri, May 13, 2011 at 8:48 AM

Kelly, Michael [BMG] <Michael.T.Kelly@sprint.com>
To: Shelly Bhumitra <bhumitrashelly@gmail.com>
Cc: "Kelly, Michael [BMG]" <Michael.T.Kelly@sprint.com>

Shelly

See attached, it does not appear that we have great coverage where your store is going to be in Mattituck

TLFRB  000027

Zcom v. VZW, et. al., Exhibit 10   000027

Gmail - Verizon Pics

https://mail.google.com/mail/?ui=2&ik=7aa05d98a8&view=pt&q=s|

To: michael.t.kelly@sprint.com

[Quoted text hidden]

10 attachments


IMAG0130.jpg
1307K


IMAG0131.jpg
1061K


IMAG0132.jpg
1295K


IMAG0133.jpg
1370K


IMAG0134.jpg
1654K

TLFRB  000028
6/13/2011

Zcom v. VZW, et. al., Exhibit 10   000028

https://mail.google.com/mail/?ui=2&ik=7aa05d98a8&view=pt&q=sp

Gmail - Verizon Pics



IMAG0134.jpg
1654K



IMAG0135.jpg
1548K



IMAG0136.jpg
1520K



IMAG0137.jpg
1599K



IMAG0138.jpg
1279K



IMAG0139.jpg
1360K

Thu, May 12, 2011 at 10:53 AM

Shelly Bhumitra <bhumitrashelly@gmail.com>

TLFRB  000029

Zcom v. VZW, et. al., Exhibit 10   000029

Gmail - Verizon Pics

To: mike.kelly@sprint.com

Hi Mike the dimensions for the Verizon store are........ 38 feet long and 25 feet wide. It has a service center already built in and will require the usual furniture and signage. This stroe is at 38 Montauk Hwy , Bluepoint, NY.
The second location is in Mattituck and the Address is :-
12140 Main Street, Mattituck, NY.
This location is under construction and will be ready to receive furniture in the next week or so. If you can get the approvals then we can move immediately. Please confirm. The dimensions of the second location are 45 feet deep and 20.5 feet wide in frontage.
Thanks for your consideration.
Best rgds,
Shelly

[Quoted text hidden]

10 attachments



IMAG0130.jpg
1307K



IMAG0131.jpg
1061K



IMAG0132.jpg
1295K



IMAG0133.jpg
1370K

TLFRB  000030

Zcom v. VZW, et. al., Exhibit 10   000030

Gmail - Verizon Pics

https://mail.google.com/mail/?ui=2&ik=7aa05d98a8&view=pt&q=s



IMAG0134.jpg
1654K



IMAG0135.jpg
1548K



IMAG0136.jpg
1520K



IMAG0137.jpg
1599K



IMAG0138.jpg
1279K



IMAG0139.jpg
1360K

Shelly Bhumitra <bhumitrashelly@gmail.com>

Wed, May 11, 2011 at 5:47 PM

TLFRB  000031

Gmail - Verizon Pics



Shelly Bhumitra <bhumitrashelly@gmail.com>

## Verizon Pics

5 messages

James Murray <thejmurray@gmail.com>                    Wed, May 11, 2011 at 5:32 PM
To: bhumitra.shelly@gmail.com

Requested pictures from your evo



10 attachments



IMAG0130.jpg
1307K



IMAG0131.jpg
1061K



IMAG0132.jpg
1295K



IMAG0133.jpg
1370K

TLFRB  000032



Shelly Bhumitra <bhumitrashelly@gmail.com>

## Contact Information.

2 messages

**Shelly Bhumitra <bhumitrashelly@gmail.com>**                    Tue, Jun 14, 2011 at 10:48 AM
To: anthony.furino@sprint.com

Hi Anthony,
It was nice to talk to someone as knowledgeable as you and someone who understands the market as well as
you do. I look forward to working with you, thanks for the heads up on the various discounts and programs that
you are bringing forth to help grow the business.
My contact :-

Shelly Bhumitra.
631-747-8588 Cell
631-751-8383 Wrk.

Have a grt day.
Best rgds.
Shelly

**Furino, Anthony D [BMG] <Anthony.Furino@sprint.com>**            Thu, Jun 16, 2011 at 5:09 PM
To: Shelly Bhumitra <bhumitrashelly@gmail.com>, "Cataudella, Kelly M [BMG]" <Kelly.Cataudella@sprint.com>

Shelly, I look forward working with you when we can fit you in at events at Stony Brook when Limitless is not
available as we discussed.

Please reply to all and give us exact name of store and address so Kelly can keep in her files and include you
when necessary.

Kelly, Shelly owns the store down the road from Stony Brook and would like to engage in employees days
when needed or special events that he can assist with at Stony Brook when Limitless cannot attend.

When we do our next stores visits in LI let's set up time to stop and meet Shelly.

Anthony Furino
Public Sector Account Manager
917 939 0016 cell
646 845 0813 office
718 229 5542 fax
anthony.furino@sprint.com

TLFRB  000033

Zcom v. VZW, et. al., Exhibit 10   000033

## 6/15/11

From: **ASC Communications** (ascommunications@sprint.com)
Sent: Wed 6/15/11 10:38 PM
To: shelly_fandango@hotmail.com

Wednesday, June 15, 2011

if

### Action Required

*Action Required: Get All the Launch Details of the HTC EVO 3D, HTC EVO View 4G and More in The Playbook*

We've got the hottest news for you in this week's edition of The Playbook.  Check it all out in the 6/15/11 edition of The Playbook.  Access, download and review today (*ISC > Launch & Pricing > The Playbook*, ISCPortal Link: *The Playbook*). Highlights:

- EVO 3D/View 4G Details
- 6/24/11 - 7/23/11: New Device and Sprint Business Device Select Offers
- Port-in Offer for Consumer/IL Customers Extended
- Incomparable 4G Experience

### Informational

*NMS E-Chat Available 6/20/11 for CDMA Dealer Inventory ESN Issues*

Effective Monday, 6/20/11, all Dealers can use NMS (Number Management System) E-Chat to initiate a live chat session to resolve CDMA Dealer Inventory issues when ESNs are flagged as lost/stolen, on the negative file or already active on an account and the Dealer wants the ESN released for a sale.

- **Do not use** NMS E-Chat for customer owned equipment issues.
- Only use NMS E-Chat for the following scenarios:
  - CDMA In-Store stock device has been flagged as lost/stolen and/or shows up in the negative file.
  - CDMA In-store stock device is already active and/or associated to an account.
  - When attempting to activate or swap a CDMA device and the system displays the error message: *"ESN is out of sync/ESN Already in Use".*
- Access NMS E-Chat and supporting the M&P document at *ISC > All Tools > NMS E-Chat (Number Management System)*. Dealer Code will be required to access the E-Chat tool. ISCPortal Link: *NMS (Number Management System) E-Chat*

### HTC EVO Slate Reporting

On 6/3/11, Slate support for the HTC EVO was disabled after an over-the-air software update caused incompatibility issues. This issue was resolved and the EVO will be added back into Slate reporting on 6/14/11, not 6/11/11 as previously communicated.

This Message is Distributed to: Regional Service & Repair Managers, Service & Repair Support Specialists, Corporate Staff, and ASCs
Sprint ASC News

Sprint Proprietary Information © 2011 Sprint. All rights reserved.

TLFRB  000034

1 of 1

Zcom v. VZW, et. al., Exhibit 10   000034



Shelly Bhumitra <bhumitrashelly@gmail.com>

# Seeking a meeting with Richard and You....Verizon and Sprint.

1 message

Shelly Bhumitra <bhumitrashelly@gmail.com>                              Mon, May 9, 2011 at 1:06 PM
To: finap@westernbeef.com

Hi Fina,
Thanks for speaking to me and certainly appreciate your time.
I have multiple Verizon stores and Sprint Stores with Authorized Service center.
I can offer your company considerable savings and serrvice on your Cellular needs. As a company I persoanlly
look into all Business Accounts and service them with a dedicated Account manager. To my credit I work with the
Federal/State and Local Govt and numerous small to medium size businesses on Long Island and the city. As a
service and at no charge, I provide periodic analysis of your account and guide your account to benefit you in
savings that might be overlooked due to constantly changing Rate Plans. In addition to New Activations adn
Upgrades we facilitate all your cellular requirements and have very sharp pricing on Accessories. All OEM
accessories are appx 40% cheaper than if purchased directly.
I would appreciate a meeting to introduce myself and meet with you and your prinicples to discuss the possibility
of working with your Company.
Please let me know a time and place.
I can be reached on my cell 631-747-8588.


Best Regards,

Shelly Bhumitra.
President.
Reachout Wireless Inc.
38 Montauk Hwy,
Bluepoint, NY.

TLFRB   000035

Zcom v. VZW, et. al., Exhibit 10   000035

https://mail.google.com/mail/?ui=2&ik=7aa05d98a8&view=pt&q=sp



Shelly Bhumitra <bhumitrashelly@gmail.com>

## Registration confirmation

1 message

tracy.poon@sprint.com <tracy.poon@sprint.com>
To: Bhumitra.shelly@gmail.com

Thu, Jun 16, 2011 at 11:49 AM

### Registration Confirmation

Dear Mr. Shelly Bhumitra,

Sprint

### *Sprint Small Business Technology Summit*
*Executive Briefing Center | NYC*

Thank you for your registration!  Please update your calendar using the i-cal
attached below, which includes directions to the event. We look forward to seeing
you!

Address:
New York City Executive Briefing Center
1166 Avenue of the Americas
New York, NY 10036
(Between 45th and 46th Street)

For your reference, key event information follows:

☐ Add to Outlook
Event Name:  Sprint Small Business Technology Summit
Event Date: Wednesday 06/22/2011
Session 2 - Afternoon
GA, United States

TLFRB  000036

Zcom v. VZW, et. al., Exhibit 10   000036



Shelly Bhumitra <bhumitrashelly@gmail.com>

## Invoice # 119- MOBILINK WIRELESS

1 message

**Abhi Merchant <armerchant9@gmail.com>**                    Thu, Jun 16, 2011 at 3:35 PM
To: sony@mobilinkwireless.net
Cc: raza@mobilinkwireless.net, Lisa Berry <lisa@nextel347.com>, Shelly <bhumitrashelly@gmail.com>

Hello Sony,

Attached Pls find your Invoice.


Pls follow Our bank details as below:

**Company Name: Universal Cellular Merchants**

Chase Bank

Account # ████5677

Routing # 021000021


Pls pay at your earliest convenience.


Moreover,

Pls find the **SPRINT Deals** as under:


Brand New, Clean Esn:

Blackberry 9330 3G   @ 195

HTC Evo 4G            @ 335

HTC Evo Shift 4G      @ 365


Let me know if you need them.

Thank you for your business.


**Abhi Merchant**

Director of Sales


TLFRB  000037
6/17/2011

MOBILINK WIRELESS

https://mail.google.com/mail/?ui=2&ik=7aa05c96a0&view=pt&q=...

Universal Cellular Merchants

Montauk Highway

Bluepoint, NY 11715

+1.516.532.3206

+1.631.868.3515

Pin: 329755EE

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

SD Invoice 119.pdf
5K

TLFRB  000038
6/17/2011

Zcom v. VZW, et. al., Exhibit 10   000038

Gmail - Fwd: Poonam and Harmeet from George

https://mail.google.com/mail/?ui=2&ik=7aa05dy6a6&view=pt&q...



Shelly Bhumitra <bhumitrashelly@gmail.com>

## Fwd: Poonam and Harmeet from George

2 messages

Wed, May 4, 2011 at 10:35 PM

sanni singh <hsawhney5091@gmail.com>
To: bhumitra.shelly@gmail.com

TLFRB  000039

Zcom v. VZW, et. al., Exhibit 10   000039

Gmail - Fwd: Poonam and Harmeet from George                    https://mail.google.com/mail/?ui=2&ik=7aa05d98a8&view=pt&q=p

---------- Forwarded message ----------
From: "AccessoriesShack" <info@accessoriesshack.com>
Date: May 4, 2011 9:08 PM
Subject: Poonam and Harmeet from George
To: "Veerji Harmeet" <wirelessps@gmail.com>, "Harmeet" <hsawhney5091@gmail.com>

Hi Poonam and Harmeet,


Here is the information for Suny:


Attached is a picture of her driver's license from Connecticut.

The address at my sister is 94 Seminary Rd, Bedford NY 10506

████ 3762

My wife is still owing a school loan and she is not sure how her credit looks.  It is very possible that she has no
credit at all since she has been out of the country for 9 years.


Thank You,

George

(631) 677-1533

info@accessoriesshack.com

http://www.accessoriesshack.com

152 Ronkonkoma Ave

Lake Ronkonkoma, NY 11779



2 attachments

TLFRB  000040
6/1/2011

Gmail - Fwd: Poonam and Harmeet from George

https://mail.google.com/mail/?ui=2&ik=7aa05d98a8&view=pt&q=p



SunyDriversLicence.jpg
94K

**AccessoriesShack.com**   image001.jpg
11K

Shelly Bhumitra <bhumitrashelly@gmail.com>          Fri, May 6, 2011 at 6:12 AM
To: ajay@arjaywireless.com

Max this is the person Punam and Sunny want to be the one for metro.

[Quoted text hidden]

2 attachments



SunyDriversLicence.jpg
94K

**AccessoriesShack.com**   image001.jpg
11K

TLFRB  000041

Zcom v. VZW, et. al., Exhibit 10   000041



Shelly Bhumitra <bhumitrashelly@gmail.com>

## Address for Location

1 message

**harmeet sawhney <wirelessps@gmail.com>**
To: bhumitra.shelly@gmail.com

Thu, May 5, 2011 at 1:22 PM

Zcom Of Centereach
203 Centereach Mall
Centereach, NY-11720

Zcom Of Nesconset
248 Smithtown Blvd
Nesconset, NY-11767

Zcom Of East Setauket
1378 Rt 25A
East Setauket, NY-11733

Zcom Of Atoria
34-16 30th Ave Between 34th & 35th street
Astoria, NY-11103

Zcom Of UnionSquare
319 East 14th street Between 1st & 2nd
New York, NY-10003

Zcom Of Coram
350 C Middle Country RD
Coram, NY 11727

TLFRB  000042
6/17/2011 ...

# INVOICE

**Verizon Wireless**

*Zcomm Wireless Premium Retailer*

| | |
|---|---|
| DATE: | 2/11/2011 |
| INVOICE # | 5248 |
| Customer ID | ZTE |

38 Montauk Hwy
Bluepoint, NY 11715
Phone: [631-868-3590]

**BILL TO:**
ZTE
Att: Matt G. Kelly

**SHIP TO (if different):**
[Name]
[Stress Address]
[City, ST ZIP]

| SALESPERSON | P.O. # | SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|---|
| Onil | | | | | |

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1001 | Zcom Q1 Kickoff Sponsorship | 1 | 6,000.00 | 6,000.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 6,000.00 |
| TAX RATE | | 0.000% |
| TAX | $ | - |
| S & H | $ | - |
| OTHER | $ | - |
| TOTAL | $ | 6,000.00 |

**Store Return Policy**

Return on all phones must be made within 30 days from the original date of purchase. Restocking fees apply. Restocking fees start at $40. The phone and the packaging must be returned in its original condition. If there are any defects on the returned equipment an additional restocking fee will apply. Exchanges made during the 30 day trial period do no reset the original 30 day trial period. Only one exchange can be made during a trial period. Exchanges on accessories must be made within 7 days from the original date of purchase and must include the packaging undamaged.

*Thank You For Your Business!*

TLFRB   000043

Zcom v. VZW, et. al., Exhibit 10   000043

To Danny Mcguire, Harpreet Katari........united telecom
From:shelly bhumitra (shelly_fandango@hotmail.com)
Sent: Wed 3/09/11 8:36 PM
To:   Danny Mcguire (dmcguire@cwg.com)
Cc:   Harpreet Katari........united telecom (hskatari@unitedtelecomusa.com)
Hi Danny,
This is in refrence to our conversation to open doors with VZW on the west Coast. The name of the
Company is United Telecom and the CEO is Harpreet Katari. Both he and I will be flying to the west coast
if we can discuss the oppurtunities with Kevin.
Your help will be greatly appreciated.


Best regards,

Shelly Bhumitra

Cell: 631-747-8588

shelly_fandango@hotmail.com

 shelly bhumitra

TLFRB  000044

shelly bhumitra

To bruno.pavlicek@verizonwireless.com

From:  shelly bhumitra (shelly_fandango@hotmail.com)

Sent:  Mon 4/25/11 6:07 PM

To:    bruno.pavlicek@verizonwireless.com

Hi Bruno,

As per our discussion below you will find the correspondence with keith Alloco of Intouch in ref to me not contacting VZW people directly.

It appears they are looking for any ridiculous excuse to tereminate people at will. Also they keep mentioning that no Sub Dealer is allowed to go to VZW staff directly for any reason whatsoever. FYI

Best regards,

Shelly Bhumitra

Cell: 631-747-8588

shelly_fandango@hotmail.com

Subject: Re: Mattituck

Date: Fri, 22 Apr 2011 18:28:08 -0400

TLFRB  000045

Zcom v. VZW, et. al., Exhibit 10   000045

Best regards,

Shelly Bhumitra

Cell: 631-747-8588

shelly_fandango@hotmail.com

TLFRB  000046

From: keith@intouch-concepts.com

To: shelly_fandango@hotmail.com

Just looking out for you...especially when your doing a relo.  We don't vzw in our shit.  Try not to fly off
the handle when they are involved.

Thanks and enjoy the weekend!

Keith

----- Original Message -----

From: shelly bhumitra <shelly_fandango@hotmail.com>

To: Keith Allocco

Sent: Fri Apr 22 18:26:19 2011

Subject: RE: Mattituck

BS is not a curse at least In  my books. But again you can intrept it the way you want. It wasnt meant as a
curse at all. Secondly it was a knee jerk reaction to the lies told to you by whomever???? I resent that.
We all work very hard to keep our heads above water in this economic environment and as a
businessman to be told I wasnt open without any facts is annoying. As far as Joh Coyle and VZW I have
not written anything to anybody if they were not on the list as  CC. ONCE AGAIN I WOULD LIKE TO
KNOW WHAT HAVE I HAVE WRITTEN TO THEM THAT YOU HAVENT RECEIVED?????? OR VICE VERSA.

I do see where your coming from and will pay attention to it next time around.

It just hit me wrong as its tough enough to deal with customers who are challenging to say the least and
then to have your own so called team to be saying stuff that is not at all true is not fun.

Trust you understand.

TLFRB  000047

