# EXHIBIT H

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN TOUCH CONCEPTS, INC., d/b/a ZCOM,

                Plaintiff,

  - against -

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS, *et. al.*

                Defendants.

12 Civ. 00542 (PGS)(TJB)

**ORDER**

This matter, having come before the Court upon the motion of defendant Ajay Bhumitra, by his attorneys, Law Offices of David C. Berg, Esq. and Arthur Russell, Esq., for an Order pursuant to Rules 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the First Amended Complaint of plaintiff In Touch Concepts, Inc., d/b/a Zcom, and the Court having reviewed the submissions of the parties, and the Court having considered the matter and good cause having been shown,

    IT IS on this ___ day of _____, 201__ hereby:

    ORDERED that the motion to dismiss is GRANTED; and

    IT IS FURTHER ORDERED that the First Amended Complaint is dismissed in its entirety as against defendant Ajay Bhumitra WITH PREJUDICE.

 

_____
Hon. Peter G. Sheridan
United States District Judge