**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-0508

CHAMBERS OF
PETER G. SHERIDAN
JUDGE

Clarkson Fisher Building and
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

TO: To All Counsel of Record

FROM: Peter G. Sheridan, U.S.D.J.

DATE: February 26, 2013

RE: In Touch Concepts Inc. d/b/a ZCom v. Cellco Partnership d/b/a Verizon Wireless 12-cv-542 (PGS)

___

    Attached is an informal draft of a memorandum to transfer venue in both cases. Please review.

    Each party may submit a brief of no more than 15 pages by March 5, 2013. On March 12, 2013 at 10:00 a.m. the Court will hold a telephone conference to acquire your reasons why the proposed memorandum should not be adopted.

    The law firm of Greenberg Traurig LLP shall be responsible for initiating the telephone conference.